UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYNISKI EVANS

VERSUS

STATE OF LOUISIANA

CIVIL ACTION

NO. 16-331-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 4, 2017, to which no objection was filed:

**IT IS ORDERED** that this matter is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

Signed in Baton Rouge, Louisiana, on May 22, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**